February 21, 2024

RECEIVED CLERK
MAR 0 1 2024
U.S. DISTRICT COURT

Judge Ted Stewart
Judge Dustin Pead
350 W South Temple
Salt Lake City, UT 84101

2:23-cr-00092-TS

Dear Judge Stewart and Judge Pead,

I am the parent of Inmate #526076, James W. Fawcett, currently being held at Davis County Jail. As I hold his Power of Attorney, which I have sent previously, I am writing to you both as you have both ruled on his case previously.

James is currently without counsel as his attorney's failed to help him, in any way, with his current and ongoing medical problems.

On behalf of my son, I filed a Motion to Provide Counsel with the needed Financial information. This information was sent directly to both Judges during the 1st of February. Neither my son or I have had any response to this request. My son's health is failing and I fear for his life.

Sunday, 2/19/24 at about:
4:22 AM my son's blood glucose levels checked at **158**. He took 0 units of Novolin R and 10 units of Lantus insulins.
11:00 AM his bg level was **109** He took 5 units of Novolin R
4:05 PM (More than an hour before dinner) tested at **129**. He took 5 units of NR & 10 L
5:00 PM he was found unconscious by his cellmate & help was called
5:00 to 5:30 PM Nurse Daniel revived him with glucose at a reading of 37
7:05 PM he tested at **139** no insulin administered
9:00 PM tested at **256** given 3 units of NR and 10 L

Monday, 2/20/24
4:20 AM tested at **476** given 7 units of NR & 10 L
10:55 AM tested at **158** given 5 units of NR

During this hyperglycemia episode he had drenched his clothes in cold sweat and had an unexpected bowel movement. He was forced to sit in filthy, smelly clothes until late the next morning and not allowed to shower until 2 PM Monday afternoon.

The brain requires glucose to function. When glucose levels plummet like his did Sunday, he is in real jeopardy of becoming Brain Dead. This is a terrifying experience and one that he only experienced 4 times in 30 years of Diabetes. However, since his incarceration in January 2023, he has experienced this **6** times!

He has been experiencing wild swings in his glucose levels due to the cheap and ineffective Noviln R insulin used in Utah Jails. Due to his slowed digestive system, gastroparesis, it takes approximately 7 hours for his meals to digest. The average life of Novolin R is 2 hours. You can clearly see that the insulin is out of his system by the time his meal digests. This leaves him with skyrocketing glucose levels in the 3-400's. These levels are extremely damaging to his body as a whole and are compromising his future with added and increased diabetic complications

He is also experiencing Hyperglycemic issues with glucose readings in the 50's on a fairly regular basis. With his recent drop from 129 to 37 in less than an hour, you can see why he is terrified he will continue to go unconscious and may not be revivable. I recently identified the issue of Medical staff forcing him to choose between a glucose tablet and an Insulin shot when his glucose levels are below 60, which could now prove a deadly decision. This issue continues.

He has yet to get the medical care he desperately needs. His Medical Charts must be missing his history and accompanying conditions from his Type 1 Diabetes for none of them are being addressed by Jail medical personnel. I have submitted a GAMMA request for his Medical Chart to see what it does and doesn't contain. However, it will take 10 business days to be addressed and who knows how long to get that information to me.

James Weston Fawcett is being medically tortured by Davis County's Medical Staff. They either are unaware of the care required for Type 1 Diabetes or they don't care. Is it true that, as a rule, Davis County Jail doesn't accept Diabetic inmates? However, Federal Diabetic inmates create more revenue, so they are accepted? That would explain a lot about the Medical Staff's inexperience in dealing with critical diabetic inmates like my son, but is not an excuse!

I fear that my son will be added to the ever increasing number of deaths at Davis County Jail. If this happens, his death <u>will not be from</u> "complications of diabetes". It will be from willfully neglecting to give him the care he needs.

My son has lost all hope that ANYTHING will ever get better for him. He has resigned himself to the fact that he will die in Jail. He hasn't even been sentenced yet. How can be given a defacto Death Sentence?

I plead with you to take action NOW to help my son before it is too late. He needs knowledgeable medical care and new counsel immediately.

*Mary Ann Fawcett*

Mary Ann Fawcett
10743 S Autumn Wind Way
South Jordan, UT 84009

801-891-9408

Cc: A. Butcher        Cc: A. Behrens
Cc: B. Redd           Cc: J Martinez

Mary Ann Fawcett
10743 S Autumn Wind Way
South Jordan, UT 84009

SALT LAKE CITY UT 840

23 FEB 2024  PM 1  L



US Judge Ted Stewart
US Third District Courthouse
351 S West Temple
Salt Lake City, UT 84111

84101-190899