Magistrate Judge Ted Stewart  
US District Courthouse of UT  
351 South West Temple  
Salt Lake City, UT 84114-2220

*letter returned uncorrect address*

January 31, 2024

2:23-cr-00092-TS

**RECEIVED CLERK**

**MAR 0 1 2024**

**U.S. DISTRICT COURT**

Dear Judge Stewart,

On January 30, 2024, I was called out of my cell, at the Davis County Jail, and surrounded by 5 Guards and Nurse Sheila. The nurse told me that if I, "sent in 1 more Grievance, I would be placed in Solitary." She asked if I understood? I said "Yes, but," and I was not allowed to continue.

Further, she said that, "you will no longer be offered a glucose tablet unless your blood glucose reading is well under 60. Not at 60 or 59 and not at 58". (The Jails Protocol call for a glucose tablet at 60.) However, after being in SL Metro, Weber County Jail as well as Davis Co. Jail, there appears to be no true Standard of Care for Diabetics in Utah Jails.

Everyday, I take my life in my hands when my blood glucose levels fall low and I am forced to decide between a glucose tablet or an insulin shot for my next meal. A glucose tablet will simply raise my glucose levels preventing me from going unconscious, a condition I have experienced 5 times while incarcerated in 2023. Meanwhile, insulin will prevent me from going too high when I have my next meal, which could come from 15 minutes to 1 ½ hours later.

The nurse continued, that if I, "ever withheld my insulin syringe again, I would lose the ability to administer my own insulin". I attempted to explain that I had, " never withheld a syringe and that if I had, the guard would have taken me down to get it." But I was told to Shut Up! She may have been referring to an incident at Weber County Jail, where I was *accused* of withholding a syringe. I was put in handcuffs to receive my insulin for a week before the footage was seen and I was **exonerated**. I have had no such experience at the Davis County Jail

I don't understand how they can take away my right to participate in the Grievance Process. Isn't this process supposed to protect me? Yes, I have submitted many of them but it is in hopes of getting someone to understand my current situation and/or advance the Grievance.

I am a Type 1 "Brittle" Diabetic, meaning I am prone to hyperglycemic episodes (low blood sugars). I was instructed by my Diabetic Specialist, not to go lower than 80. But my standard is ignored. I also suffer from Stage 3 Kidney Disease, Gastroparesis (a slowing of the digestion process making insulin administration tricky) a failed cataract surgery- which has left me unable to see out of that eye, (even after 2 independent eye doctors have

agreed that I need to be returned to my Opthamologist, Dr. Michael Pingree, of Salt Lake City, UT, while my vision can be corrected.)

I suffer from dental problems and the withholding of vital medication needed to treat neuropathy and high blood pressure. There is more, but I will stop there.

Yesterday, January 30, 2024, I fired my Attorney's as they refused to help me with any of these situations. My mother had hired these attorney's after being assured they could "handle" both my defense and medical issues. Unfortunately, they have failed me miserably and she is unable to hire a new attorney.

I petitioned Judge, Ted Stewart, to release me with restrictions, until my Sentencing in April 2024. I could then see my doctors and dentist so that I can successfully fill out my sentence. But all 5 Furloughs were denied. However, I know for a fact that the last Furlough was ineffective as the attorney failed to include vital medical information. I don't know about the other ones.

My character and reputation have been called into question at each Jail that I've been in because I am aware, in part, of the medical care I need. My lack of care is a direct assault due to my disability, Type 1 Diabetes and the conditions I suffer from due to it. I am unable to calculate the damage I have incurred due to: Wildly swinging blood glucose levels, poor insulin and no monitoring of my kidney and liver functions over the past year.

I do know that I have been labeled as: "Hated", "Difficult", "Obstinate" & "Impossible" by specific doctors and nurses in the Salt Lake Metro, Weber County and Davis County Jails Medical Departments because I ask for care that they refuse to offer. Further, the Grievance Process has been dysfunctional at all 3 Jails. I have 0 write-ups & 0 altercations. I just need proper medical, eye and dental care. Please advise me as to what course of action, if any, can be taken.

Respectfully,

p.p. *[signature]*

James Weston Fawcett
Mary Ann Fawcett
10743 S Autumn Wind Way
South Jordan, UT 84009

Cc:   CO Davis County Jail, Arnold Butcher   , Cc: ADA Director, Ms. Debbie Craven
Cc:   US Marshals, Justin Martinez              Cc: UDC Exec. Dir. Mr. Brian Redd
Cc:   ACLU UT Ms. Brittany Nystrom            Cc: Magistrate Judge Dustin Pead

Enclosed: Power of Attorney

## DESIGNATION OF AGENT

I, James Weston Fawcett (Principal), name the following person as my agent:

Name of Agent: **Mary Ann Fawcett**

Agent's Address: **10743 S. Autumn Wind Way, South Jordan, Utah 84009**

Agent's Telephone Number: **(801) 891-9408**

## GRANT OF GENERAL AUTHORITY

I grant my agent and any successor agent general authority to act for me with respect to the following subjects as defined in Title 75, Chapter 9, Uniform Power of Attorney Act:

**(INITIAL each subject you want to include in the agent's general authority. If you wish to grant general authority over all of the subjects you may initial "All Preceding Subjects" instead of initialing each subject).**

_JWF_ Real Property

_JWF_ Tangible Personal Property

_JWF_ Stocks and Bonds

_JWF_ Commodities and Options

_JWF_ Banks and Other Financial Institutions

_JWF_ Operation of Entity or Business

_JWF_ Insurance and Annuities

_JWF_ Estates, Trusts, and Other Beneficial Interests

_JWF_ Claims and Litigation

_JWF_ Personal and Family Maintenance

_JWF_ Benefits from Governmental Programs or Civil or Military Service

_JWF_ Retirement Plans

_JWF_ Taxes

_JWF_ All Preceding Subjects

_____
_____
_____

### EFFECTIVE DATE

This power of attorney is effective immediately unless I have stated otherwise in the Special Instructions.

### RELIANCE ON THIS POWER OF ATTORNEY

Any person, including my agent, may rely upon the validity of this power of attorney or a copy of it unless that person knows it has terminated or is invalid.

### SIGNATURE AND ACKNOWLEDGMENT

_____
(Signature of Principal)

Your Signature Date: **2/9/23**, 20**23**

Your Name Printed: James Weston Fawcett

Your Address: 10743 S Autumn Wind Way, South Jordan, Utah 84009

Your Telephone Number: _____

STATE OF UTAH        )
                     ) ss.
COUNTY OF **Salt Lake** )

This document was acknowledged before me on **9th February**, 20**23** by James Weston Fawcett.

_____
Signature of Notary                                         (Seal, if any)

My commission expires: **11/6/2023**

NOTARY PUBLIC
AHMAD ALI
Commission No. 709152
Commission Expires
NOVEMBER 06, 2023
STATE OF UTAH

Page 4

Fawcett
10743 S. Autumn Wind Way
South Jordan, UT 84009

SALT LAKE CITY UT 840
24 FEB 2024 PM 1 L



Magistrate Judge Ted Stewart
U.S. District Courthouse of UT
351 S. West Temple
Salt Lake City, UT 84111

84101-190899